U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 2 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STACEY CARTER | DOCKET NO. 1:05 CV 0765 |
| | SECTION P |
| VS. | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

### PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Findings and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights claims against defendant Louisiana Department of Corrections **DISMISSED WITH PREJUDICE** for seeking monetary relief against a defendant who is immune from such relief under 28 U.S.C. §1915(e)(2)(B)(iii).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 12TH day of August, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE