U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 2 2006

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STACY CARTER | CIVIL ACTION NO.: 05-0765; SEC. P |
| VERSUS | JUDGE DRELL |
| TIM WILKINSON, ET AL | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Motion for Summary Judgment [Doc. #22] is DENIED, and that Defendant's Motion for Summary Judgment [Doc. #26] is DENIED.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 1st day of August 200_.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE