RECEIVED
IN ALEXANDRIA, LA
SEP 0 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

STACEY CARTER                           NO: 1:05CV0765 SECP

VERSUS                                  JUDGE: DRELL

TIM WILKINSON ET. AL                    MAGISTRATE: KIRK

## ORDER

IT IS ORDERED
        The above-entitled matter having come before this
Court on March 29, 2007 upon the plaintiff, Stacey Carter
asking for a copy of the transcript of the trail on the
above date.  IT IS FURTHER ORDERED .
        DONE AND ORDERED in Alexandria, LA this ___
day of August, 2007.

_____              _____
      CLERK                        JUDGE

                ORDER.
        THE REQUEST FOR A FREE TRANSCRIPT
IS DENIED AT THIS TIME AS UNNECESSARY.
THE CASE IS UNDER ADVISEMENT. HOWEVER,
PLAINTIFF MAY REQUEST A TRANSCRIPT FROM
THE COURT REPORTER AND MAKE APPROPRIATE
FINANCIAL ARRANGEMENTS TO DO SO.

        ALEXANDRIA, SEPT 4, 2007.

                        DISTRICT JUDGE